IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

THOMAS A. BAKER, III,                )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )   No. CIV-21-570-C
                                     )
GARFIELD COUNTY DETENTION            )
FACILITY, et al.,                    )
                                     )
            Defendants.              )

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on August 9, 2021. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 13) is adopted. If the initial partial filing fee is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 10th day of September 2021.

ROBIN J. CAUTHRON
United States District Judge